IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAMERON JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DALLAS COUNTY JAIL FACILITY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:19-CV-1504-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge advising the Court that Plaintiff's Complaint should be dismissed for

want of prosecution. Plaintiff has failed to file any objections and the time to do so has now

expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

therein, Plaintiff's Complaint is hereby **DISMISSED** without prejudice pursuant to Federal Rule

of Civil Procedure 41(b).

SO ORDERED this _9th_ day of September, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE